UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Cynthia Moreau,<br><br>      Plaintiff,<br><br>      v.<br><br>Commissioner of Social Security,<br><br>      Defendant. | Civil Action No. 2:22–cv–194 |

## **ORDER**

On or before December 2, 2022, Plaintiff shall return executed her Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 21st day of November 2022.

                                                                         */s/ Kevin J. Doyle*
                                                                         Kevin J. Doyle
                                                                         United States Magistrate Judge